UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASHLEY P. LABAT** | **CIVIL ACTION** |
| **VERSUS** | **NO:    07-02770** |
| **HENRY M. PAULSON, JR., SECRETARY, DEPARTMENT OF THE TREASURY** | **SECTION: "F" (4)** |

**REPORT AND RECOMMENDATION**

This case was referred to the undersigned United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(b) and Local Rule 73.1E(A), for the submission of the Proposed Findings and Recommendations.

The Plaintiff, Ashley P. Labat ("Labat"), filed a complaint on May 3, 2007. (R. Doc. 1.) The Defendant, the United States Department of the Treasury ("Department of Treasury"), was not served, nor did it make an appearance on the record. Accordingly, on September 25, 2007, the Court ordered Labat to show cause by October 10, 2007 why his case should not be dismissed for the failure to serve the Defendant within 120 days of the filing of his complaint, as required by Federal Rule of Civil Procedure ("Rule") 4(m). (R. Doc. 7.) The Plaintiff did not file a response.

Accordingly,

**IT IS RECOMMENDED** that Labat's claims against the Department of Treasury be **DISMISSED WITH PREJUDICE** for failing to comply with Rule 4(m) and the Show Cause Order (R. Doc. 7) issued by the United States Magistrate Judge on September 25, 2007.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a Magistrate Judge's Report and Recommendation **within ten (10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court, provided that the party has been served with notice that such consequences will result from a failure to object.  *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this __7th__ day of December 2007

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**