FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 FEB -7  AM 10: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHLEY P. LABAT | CIVIL ACTION |
| VERSUS | NO:  07-02770 |
| HENRY M. PAULSON, JR., SECRETARY, DEPARTMENT OF THE TREASURY | SECTION: "F" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Plaintiff Ashley P. Labat's claims against the Defendant, the United States Department of the Treasury, are **DISMISSED WITH PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 6th day of January 2008

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____